1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   SAMANTHA S. SPANGLER
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2792
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CASE NO. 2:00-cr-0229 MCE
                                )
12             Plaintiff,       )   STIPULATION AND [PROPOSED] ORDER
                                )   CONTINUING STATUS CONFERENCE RE
13     v.                       )   JUDGMENT AND SENTENCING ON
                                )   REMAND
14 HERBERT A. BATES, and        )
   DAVID L. SMITH,              )
15                              )   DATE:  April 25, 2006
               Defendants.      )   TIME:  8:30 a.m.
16 _____)   COURT: Morrison C. England, Jr.

17

18     On January 6, 2006, the Court issued a minute order scheduling

19 a status conference regarding judgment and sentencing for February

20 28, 2006 at 8:30 a.m. to address the matter of the remand pursuant

21 to United States v. Ameline, 409 F.3d 1073 (9th Cir. 2005) (en

22 banc). Both defendants have filed petitions for certiorari, and

23 both prosecutors have scheduling conflicts with the status date.

24     Accordingly, the parties stipulate that the status conference

25 may be continued to April 25, 2006, at 8:30 a.m.

26 ///

27 ///

28 ///

1

1    Counsel for both defendants have reviewed this stipulation and
2 have authorized Ms. Spangler to sign on their behalf.
3 DATED: February 3, 2006                McGREGOR W. SCOTT
                                         United States Attorney
4

5
                                    by   /s/ Samantha S. Spangler
6                                        Samantha S. Spangler
                                         Assistant U.S. Attorney
7

8

9 DATED: February 3, 2006                /s/ Samantha S. Spangler
                                    for  Victor S. Haltom
10                                       Counsel for Defendant
                                         Herbert A. Bates
11

12

13 DATED: February 3, 2006               /s/ Samantha S. Spangler
                                    for  John P. Balazs
14                                       Counsel for Defendant
                                         David Larry Smith
15

16                              Order

17    Good cause appearing, the status conference regarding judgment
18 and sentencing following remand pursuant to Ameline is continued to
19 April 25, 2006 at 8:30 a.m.
20    IT IS SO ORDERED.
21 DATED: February 7, 2006

22

23

24 _____
    MORRISON C. ENGLAND, JR
25  UNITED STATES DISTRICT JUDGE

26

27

28