```
 1  JOHN BALAZS, Bar #157287
    Attorney At Law
 2  916 2nd Street, 2nd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-9299
    John@Balazslaw.com
 4
    Attorney for Defendant
 5  DAVID LARRY SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:00-CR-0229-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| DAVIS LARRY SMITH, and HERBERT ) | Dated: July 18, 2006 |
| BATES, ) | Time: 8:30 a.m. |
| ) | Hon. Morrison C. England, Jr. |
| ) | |
| Defendants. ) | |

Defendant David Larry Smith, through counsel John Balazs, defendant Herbert Bates, through counsel Victor Haltom, and the United States, through its counsel, Assistant U.S. Attorney Samantha Spangler, hereby stipulate and request that the Court continue the due dates for the parties simultaneous opening and reply briefs by two weeks as follows:

Simultaneous opening briefs due:   **June 27, 2006**

Simultaneous reply briefs due:   **July 11, 2006**

The hearing is to remain as scheduled on July 18, 2006, at 8:30 a.m.

1  The reason for this request is that defense counsel needs
2  additional time to consult with their clients and prepare the <u>Ameline</u>
3  remand briefs.
4  Dated:  June 7, 2006

Respectfully submitted,

/s/ JOHN BALAZS
JOHN BALAZS

Attorney for Defendant
DAVID LARRY SMITH

Dated:  June 7, 2006

/s/ Victor Haltom
VICTOR HALTOM

Attorney for Defendant
HERBERT BATES
[signed with permission]

Dated:  June 7, 2006        McGREGOR W. SCOTT
                            U.S. Attorney

                   By:  /s/ Samantha Spangler
                        SAMANTHA SPANGLER
                        Assistant U.S. Attorney
                        [signed with permission]

**ORDER**

IT IS SO ORDERED.

Dated: June 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE